EISSING CHEMICAL COMPANY, Respondent, v. PEOPLE'S NATIONAL BANK OF BROOKLYN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted, without costs. Present —

Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.  Settle order on notice before Mr. Justice Jaycox.